UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

SEBASTIAN LUBERS,

                Plaintiff,

    vs.

CALVIN HINSON, KAILEY KANG, JOHN/JANE DOES 3,

                Defendants.

No. 2:23-cv-01396-JHC

ORDER

THIS MATTER comes before the Court on *pro se* Plaintiff's "notice: summary judgement prayer for relief, grant request upon facts." Dkt. # 8. To the extent this document is a summary judgment motion—as construed by Defendants—the Court DENIES it for the reasons argued by Defendants. Dkt. # 15.

DATED this 22nd day of January, 2024.

                _____
                JOHN H. CHUN
                UNITED STATES DISTRICT COURT JUDGE

ORDER - 1