UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| SEBASTIAN LUBERS, | | |
| Plaintiff, | No. | 2:23-cv-01396-JHC |
| vs. | ORDER | |
| CALVIN HINSON, KAILEY KANG, JOHN/JANE DOES 3, | | |
| Defendants. | | |

THIS MATTER comes before the Court on Defendants' Motion to Strike. Dkt. # 17. The Court construes Plaintiff's failure to oppose the motion as a concession that it has some merit. *See* LCR 7(b)(2). The Court GRANTS the motion in part and DENIES it in part. The Court STRIKES the following sections of Docket # 16:

1. Page two paragraph four; and

2. Pages three through six (Exhibit 1).

/

/

/

ORDER - 1
2:23-CV-01396-JHC

DATED this 2nd day of February, 2024.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2
2:23-CV-01396-JHC